Carrie Richey (CA Bar No. 270825)
Carrie.Richey@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900
Fax: 415-433-5530

Attorneys for Plaintiff
*SACKS HOLDINGS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SACKS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIVEK VAIDYA and BEND LAW GROUP, PC, <br><br> Defendants. | Case No.: 3:24-mc-80197-PHK <br><br> **DECLARATION OF JOHN D. WOOTEN IV IN SUPPORT OF SACKS HOLDINGS, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL** <br><br> Hearing Date: TBD <br> Hearing Time: TBD <br> Judge: Hon. Magistrate Judge Peter H. Kang |

I, John D. Wooten IV, hereby declare and state the following:

1. I am over the age of 18 years, have personal knowledge of the facts recited herein, and could testify competently thereto. I am an attorney at the law firm Womble Bond Dickinson (US) LLP. I represent Plaintiff Sacks Holdings, Inc. ("Sacks") in the above-captioned matter.

2. I am submitting this declaration in support of Plaintiff Sacks Holdings, Inc.'s Reply in support of its Motion to Compel.

3. Attached hereto as **Exhibit A** is a true and correct copy of Docket Entry 83-1, filed in the United States District Court for the Middle District of North Carolina, case no. 1:23-cv-01058-LCB-LPA, on July 1, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of a text order entered by Magistrate Judge L. Patrick Auld of the United States District Court for the Middle District of North Carolina, in case no. 1:23-cv-01058-LCB-LPA, on August 27, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email from G. Roxanne Elings, dated May 30, 2024, without attachments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of August 2024.

By: /s/ John D. Wooten IV
John D. Wooten IV

Attorneys for Plaintiff
SACKS HOLDINGS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Carrie Richey, attest that concurrence in the filing of this document has been obtained.

Date: August 30, 2024

By: /s/ Carrie Richey
Carrie Richey

Attorneys for Plaintiff
SACKS HOLDINGS, INC