# Exhibit B

## Wooten, JD

| | |
|---|---|
| **From:** | ECF@ncmd.uscourts.gov |
| **Sent:** | Tuesday, August 27, 2024 12:17 PM |
| **To:** | ecf@ncmd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-01058-LCB-LPA SACKS HOLDINGS, INC. v. GRIN NATURAL USA LIMITED et al Order on Motion to Compel Discovery |

External (ecf@ncmd.uscourts.gov)

Report This Email  FAQ

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

North Carolina Middle District

### Notice of Electronic Filing

The following transaction was entered on 8/27/2024 at 12:17 PM EST and filed on 8/27/2024
**Case Name:** SACKS HOLDINGS, INC. v. GRIN NATURAL USA LIMITED et al
**Case Number:** 1:23-cv-01058-LCB-LPA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER (A) granting in part and finding as moot in part [77] Motion to Compel Discovery, in the manner and for the reasons stated on the record at the hearing held this day and in light of the information contained in [90] Joint Notice; and (B) setting the following schedule for the determination of the amount of Plaintiff's reasonable expenses, including attorneys' fees, which Defendants must pay: (i) Plaintiff shall serve Defendants with a notice of the reasonable expenses, including attorneys' fees, Plaintiff incurred in bringing [77] Motion by 5:00 p.m. on 09/04/2024; (ii) the parties shall meet and confer in-person or by video-conference about that notice by 09/11/2024; (iii) Defendants shall file EITHER a notice stating that the parties have resolved all issues regarding the amount of the reasonable expenses, including attorneys' fees, Defendants must pay Plaintiff OR objections (spanning no more than 10 pages exclusive of attachments) to the amount of the reasonable expenses, including attorneys' fees, claimed by Plaintiff by 09/13/2024; and (iv) Plaintiff shall file any response (spanning no more than 10 pages exclusive of attachments) to any such objections by 09/20/2024. The Court will not**

entertain any reply, but may set a hearing, if necessary, after reviewing the parties' filings. Issued by MAG/JUDGE L. PATRICK AULD on 08/27/2024. (AULD, L.)

**1:23-cv-01058-LCB-LPA Notice has been electronically mailed to:**

CHRISTOPHER DODD     cdodd@brookspierce.com, courtmail@brookspierce.com

DAVID WILLIAM SAR     dsar@brookspierce.com, chill@brookspierce.com, courtmail@brookspierce.com

GAYLE ROXANNE ELINGS     roxanneelings@dwt.com, nycdocket@dwt.com

JACOB STEVEN WHARTON     jacob.wharton@wbd-us.com, kim.brandt@wbd-us.com

JAMES E. DORITY     james.dority@wbd-us.com

JOHN D. WOOTEN , IV     JD.Wooten@wbd-us.com

L. DANIELLE TOALTOAN     danielletoaltoan@dwt.com, adriannagutierrez@dwt.com, nycdocket@dwt.com

LATOYA A. TYSON     latoyatyson@dwt.com, nycdocket@dwt.com

**1:23-cv-01058-LCB-LPA Notice will not be electronically mailed to:**