# Exhibit C

| | |
|---|---|
| **From:** | Elings, G. Roxanne |
| **To:** | Wharton, Jake; Tyson, Latoya |
| **Cc:** | Dority, James; Wooten, JD |
| **Subject:** | RE: Sacks | GRIN | Vivek Vaidya |
| **Date:** | Thursday, May 30, 2024 11:59:04 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

External (roxanneelings@dwt.com)

Report This Email  FAQ

Jake,

I had to seek permission from Mr. Vaidya to disclose and I trust it will remain confidential. He fell three stories and has needed multiple hospitalizations.

Roxanne

**G. Roxanne Elings**
**Partner,** Davis Wright Tremaine LLP

**P** 212.603.6416   **C** 917.691.1202   **E** roxanneelings@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
DWT.COM

**From:** Wharton, Jake <Jacob.Wharton@wbd-us.com>
**Sent:** Saturday, May 25, 2024 11:37 AM
**To:** Elings, G. Roxanne <RoxanneElings@dwt.com>; Tyson, Latoya <LatoyaTyson@dwt.com>
**Cc:** Dority, James <James.Dority@wbd-us.com>; Wooten, JD <JD.Wooten@wbd-us.com>
**Subject:** Sacks | GRIN | Vivek Vaidya

**[EXTERNAL]**

Roxanne,

Would you please provide some additional information on the nature and extent of Mr. Vaidya's injury that is necessitating a significant delay in taking his deposition, the deposition of the Bend Law Group, and getting documents from both? While we do not mean to pry or seek personal health information, we deserve to know the general nature of what is going on given the delay.

Thank you,
Jake

**Jake Wharton**
Partner

Womble Bond Dickinson (US) LLP

**d:** 336-747-6609
**m:** 336-409-2505
**e:** Jacob.Wharton@wbd-us.com

One West Fourth Street
Winston-Salem, NC 27101



**womblebonddickinson.com**

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.