1  Carrie Richey (CA Bar No. 270825)
   Carrie.Richey@wbd-us.com
2  **WOMBLE BOND DICKINSON (US) LLP**
   50 California Street, Suite 2750
3  San Francisco, CA 94111
   Tel.: 415-433-1900
4  Fax: 415-433-5530
5
6  Attorneys for Plaintiff
   *SACKS HOLDINGS, INC.*
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| SACKS HOLDINGS, INC., | Case No.: 3:24-mc-80197 |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | **(CIVIL LOCAL RULE 11-3)** |
| VIVEK VAIDYA and BEND LAW GROUP, PC, | |
| Defendants. | |

I, John D. Wooten IV, an active member in good standing of the bar of the Supreme Court of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Sacks Holdings, Inc. ("Sacks" or "Plaintiff") in the above-entitled action. My local co-counsel in this case is Carrie Richey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 270825.

| Womble Bond Dickinson (US) LLP<br>300 N. Greene Street, Suite 1900<br>Greensboro, NC 27401 | Womble Bond Dickinson (US) LLP,<br>50 California Street, Suite 2750<br>San Francisco, CA 94111 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 336-574-8090 | 415-765-6240 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| JD.Wooten@wbd-us.com | Carrie.Richey@wbd-us.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of North Carolina, as indicated above; my bar number is: 51074. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Date: September 20, 2024

John D. Wooten IV (Applicant)

APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE (CIVIL LOCAL RULE 11-3)

1

CASE NO.: 3:24-mc-80197

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John David Wooten, IV is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT JUDGE