Carrie Richey (CA Bar No. 270825)
Carrie.Richey@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900
Fax: 415-433-5530

Attorneys for Plaintiff
*SACKS HOLDINGS, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SACKS HOLDINGS, INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>VIVEK VAIDYA and BEND LAW GROUP, PC,<br><br>                Defendants. | Case No.: 3:24-mc-80197<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3)** |

1   I, John D. Wooten IV, an active member in good standing of the bar of the Supreme Court of North Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Sacks Holdings, Inc. ("Sacks" or "Plaintiff") in the above-entitled action. My local co-counsel in this case is Carrie Richey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 270825.

| | |
|---|---|
| Womble Bond Dickinson (US) LLP<br>300 N. Greene Street, Suite 1900<br>Greensboro, NC 27401 | Womble Bond Dickinson (US) LLP,<br>50 California Street, Suite 2750<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 336-574-8090 | 415-765-6240 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| JD.Wooten@wbd-us.com | Carrie.Richey@wbd-us.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of North Carolina, as indicated above; my bar number is: 51074. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application. I have been granted *pro hac vice* admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Date: September 20, 2024

_____
John D. Wooten IV (Applicant)

APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE (CIVIL LOCAL RULE 11-3)

1

CASE NO.: 3:24-mc-80197

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John David Wooten, IV is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/23/2024

UNITED STATES ~~DISTRICT~~ JUDGE